# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA


JIANFU CAI ,

             v.

CHRISTOPHER CHESTNUT ,

_____

**JUDGMENT IN A CIVIL CASE**

CASE NO: **1:26–CV–00713–JLT–SAB**


**Decision by the Court.** This action came before the Court. The issues have been tried, heard or decided by the judge as follows:

    **IT IS ORDERED AND ADJUDGED THAT JUDGMENT IS HEREBY ENTERED IN ACCORDANCE WITH THE COURT'S ORDER FILED ON 2/26/2026 .**


ENTERED:   **February 26, 2026**         /s/  **Keith Holland**_____

                                   Clerk of Court